MUNGER, TOLLES & OLSON LLP

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100

350 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000

June 9, 2025

Writer's Direct Contact
(202) 220-1142
(202) 220-1142 FAX
Kain.Day@mto.com

Jarrett B. Perlow
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington, DC 20439

Re: *OPM v. Moulton*, No. 24-1774

Dear Mr. Perlow:

I write to provide additional context surrounding Mr. Moulton's amended Response to Notice to Advise of Scheduling Conflicts, filed concurrently with this letter. Originally, I planned to present oral argument on Mr. Moulton's behalf, and I have been serving as lead counsel for him in this matter. Now, I anticipate leaving my role at Munger, Tolles & Olson LLP at some point in the coming months, and because of that, Evan Jennings Mann will be taking over as lead and arguing counsel.

In light of that change, and consistent with our continuing obligation to notify the Court of changes in scheduling conflicts, Mr. Moulton files an amended Response to Notice to Advise of Scheduling Conflicts.

Sincerely,

J. Kain Day

JKD

cc: Counsel of Record