# United States Court of Appeals for the Federal Circuit

---

**DIRECTOR OF THE OFFICE OF PERSONNEL MANAGEMENT,**
*Petitioner*

**v.**

**RONALD L. MOULTON, MERIT SYSTEMS PROTECTION BOARD,**
*Respondents*

---

2024-1774

---

Petition for review of the Merit Systems Protection Board in No. DE-0841-18-0053-I-1.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered October 10, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

December 31, 2025
Date

Jarrett B. Perlow
Clerk of Court